PROB 12C
(7/93)

Report Date: December 31, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Edward Harrison          Case Number: 2:11CR00062-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 9, 2011

| | | |
|---|---|---|
| Original Offense: | False, Fictitious and Fraudulent Claims Against the United States, 18 U.S.C. § 287 | |
| Original Sentence: | Prison 6 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: February 14, 2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 13, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment. |

**Supporting Evidence**: Mr. Harrison is ordered to pay $150 per month toward restitution owed in this matter.

Contact made by the Financial Litigation Unit revealed that Mr. Harrison last made a payment toward his restitution on September 16, 2013. Despite the undersigned officer's contact with Mr. Harrison regarding his failure to pay, he has not submitted a payment for over 90 days.

Prob12C
Re: Harrison, Michael Edward
December 31, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 31, 2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

January 8, 2014

Date